UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANA PRESCOTT,**

    **Plaintiff,**                                                  **CASE NO.:  8:16-cv-00956-RAL-TGW**

v.

**GALENCARE, INC. d/b/a BRANDON REGIONAL HOSPITAL, and MEDICREDIT INC.,**

    **Defendant.**
_____/

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice, as to Galencare, Inc., d/b/a Brandon Regional Hospital, and Medicredit Inc., pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).  Each party is to bear their own fees and costs.

[signatures on next page]

Dated:  January 23, 2017 	Respectfully Submitted,

| | |
|---|---|
| **CENTRONE & SHRADER, PLLC** | **SPENCER FANE LLP** |
| 612 W. Bay Street | 1 North Brentwood Blvd., Suite 1000 |
| Tampa, Florida 33606 | St. Louis, MO 63105 |
| Phone:  (813) 360-1529 | Phone: (314) 863-7733 |
| Fax:     (813) 336-0832 | Fax: (314) 814-0436 |
| | |
| /s/ Brian L. Shrader | /s/ Patrick McLaughlin |
| **GUS M. CENTRONE, ESQ.** | **PATRICK MCLAUGHLIN, ESQ.** |
| Florida Bar No.: 30151 | Missouri Bar No.: 48633 |
| e-mail: gcentrone@centroneshrader.com | e-mail: pmclaughlin@spencerfane.com |
| **BRIAN L. SHRADER, ESQ.** | *Pro Hac Vice* |
| Florida Bar No.: 57251 | |
| e-mail: bshrader@centroneshrader.com | |
| **PAMELA N. WESTFALL, ESQ.** | |
| Florida Bar No.: 106230 | |
| e-mail: pwestfall@centroneshrader.com | |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2017, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Tampa Division, for filing and uploading to the CM/ECF system.

/s/ Brian L. Shrader
**Attorney**