# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DANA PRESCOTT,

    Plaintiff,

v.                                          CASE NO: 8:16-cv-956-T-26TGW

GALENCARE, INC. d/b/a BRANDON
REGIONAL HOSPITAL and
MEDICREDIT, INC.,

    Defendants.
                                        /

## O R D E R

Before the Court is the Stipulation of Voluntary Dismissal without Prejudice (Dkt. 16). In accord with the , it is **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed without prejudice. Each party to bear their own fees and costs.

    2)    The clerk is directed to terminate any pending motions and deadlines and to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on January 24, 2017.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record